FILED
AUG 15 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Dr. MICHAEL F. FEDERICO**

**vs.**

**THE UNITED STATES**

**No.** 05- 888C

**COMPLAINT**

COMES NOW Plaintiff and complains of Defendant as follows:

**First Cause of Action**

**(Breach of Contract)**

I.

This is a breach of contract, misrepresentation and negligent misrepresentation action. Plaintiff Dr. Michael F. Federico alleges he was induced to quit his employment in New Mexico and move to Las Vegas, Nevada, through false representations that he would be employed by the Department of Veterans Affairs at its Las Vegas facilities at a salary of $138,500, plus locality pay and Board Certification allotment.

II.

Plaintiff is a resident of Clark County, Nevada. Defendant United States of America operates the Department of Veterans Affairs office in Las Vegas, Nevada. Jurisdiction and venue are based upon statutes which require that litigation against the Federal Government be filed in the United States Court of Federal Claims.

III.

The Plaintiff is a Board Certified Podiatric Surgeon. He practiced medicine in Albuquerque, New Mexco, for 24 years. In mid-2000, Plaintiff was contacted by representatives of the Las Vegas Veteran's Hospital to see if he would be interested in joining the staff here in Las Vegas. In September, 2000, the Plaintiff visited the Las Vegas VA clinic and met with the Chief of Surgery, who told him the position would start at $138,500 plus locality pay.

IV.

Based upon these representations the Plaintiff, at his own expense, took and passed the Nevada State Medical Exam in May, 2001. In December, 2001, the Plaintiff was informed he was accepted to fill the position of podiatric physician and surgeon at the Las Vegas VA Medical Center. In January, 2002, the Plaintiff was told that he would be paid $138,500.

V.

During the next several months the Plaintiff requested from Human Resources a written contract confirming his salary and job description. He as told that he would not have a contract until he arrived in Las Vegas, but that his salary would definitely be at the GS 15, Step 10 level, which was $138,500. In reliance upon this representation, the Plaintiff accepted the position, quit his private practice in New Mexico, sold his home, and he and his wife moved to Las Vegas to begin his employment on July 28, 2002.

VI.

Unbeknownst to the Plaintiff, at least as of May 15, 2002, employees of the Defendant were aware that the Plaintiff would be paid at the GS 14, step 7 level, which was $84,245. If the Plaintiff had known that his salary would be this low he would not have accepted the position, quit his employment in New Mexico, sold his house, and moved to Las Vegas with his wife.

VII.

The above described acts of the Defendant constitute a breach of the employment contract which was entered into between the Plaintiff and the VA.

VIII.

As a direct result of said breach and torts, the Plaintiff has suffered financial loss and emotional distress, the full extent of which is as yet unknown.

IX.

The above described acts of the Defendant were intentional, wanton, willful, malicious and done with a conscious disregard for Plaintiff's rights.

**Second Cause of Action**

**(Misrepresentation)**

X.

Plaintiff repleads and realleges the allegations in paragraphs I through IX as though fully set forth herein.

XI.

The Defendant intentionally misrepresented the salary and benefits the Plaintiff would receive to induce him to quit his practice in New Mexico and move to Las Vegas, and Plaintiff has been harmed as a direct result of the Defendant's misrepresentations.

**Third Cause of Action**

**(Negligent Misrepresentation)**

XII.

Plaintiff repleads and realleges the allegations in paragraphs I through XI above as though fully set forth herein.

XIII.

The Defendant negligently misrepresented the terms and conditions of his employment in Las Vegas and the Plaintiff was induced to sell his medical practice and

move to Las Vegas based upon those negligent misrepresentations.

WHEREFORE, the Plaintiff prays for the following relief:

1. Injunctive relief enforcing the contract which was entered into between Plaintiff and the VA;

2. Backpay;

3. Compensatory damages in the amount of $500,000;

4. Attorney's fees and costs of suit; and

5. Such other and further relief as the Court may wish to entertain.

DATED this 10th day of August, 2005.

RICHARD SEGERBLOM, ESQ.
704 South Ninth Street
Las Vegas, Nevada 89101
Attorney for Plaintiff
tel: 702-388-9600
fax: 702-385-2909
rsegerblom@lvcm.com