# In The United States Court of Federal Claims

## Cover Sheet 05-888C

Plaintiff(s) or Petitioner(s)

Dr. Michael Federico

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Richard Segerblom

Firm Name: Richard Segerblom, Ltd.

Post Office Box:

Street Address: 704 S. Ninth Street

City-State-Zip: Las Vegas, NV 89101

Telephone & Facsimile Numbers: Tel: (702) 388-9600 Fax: (702) 385-2909

E-mail address: rsegerblom@lvcm.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 . 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: V A

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003