IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DR. MICHAEL F. FEDERICO, Plaintiff, | |
| v. | No. 05-888-MBH |
| THE UNITED STATES, Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 35 days, to and including November 18, 2005, within which to serve and file its response to plaintiffs' complaint. Our response is currently due on October 14, 2005. This is defendant's first request for an enlargement of time. Defendant's counsel has contacted plaintiff's counsel, who states that plaintiff does not oppose this motion.

The requested enlargement is necessary to permit sufficient time for defendant's counsel to consult with agency counsel and supervisory lawyers at the Department of Justice responsible for this case. Defendant's counsel was in Wyoming for three weeks (September 12-30, 2005) for trial in The Sweetwater, A Wilderness Lodge LLC v. United States, No. 02-1795-JFM. Defendant's counsel also expects to be engaged in a trial October 11-12, 14, 1995 in International Data Products Corp. v. United States, No. 01-459-GWM.

Defendant's counsel expects to travel extensively during the three weeks following his trial next week: to Philadelphia October 18-20, 2005 and Seattle and Salt Lake City October 24-26, 2005 for expert depositions in Metric Construction Co., Inc. v.

United States, No. 02-167-SGB; and to St. Joseph, Missouri October 27, 2005 and Lincoln, Nebraska November 1-2, 2005 for depositions in Acceptance Ins. Co. Inc. v. United States, No. 03-2794-RHH. In addition, defendant's counsel expects to travel to Chicago November 7-9, 2005 for oral argument in three unrelated cases pending before the United States Court of Appeals for the Federal Circuit: Fain v. Department of Education, No. 05-3002, -3003; Frasure v. Department of Veterans Affairs, No. 05-7087; and Kruger v. Department of Veterans Affairs, No. 04-3231.

During the past several weeks, defendant's counsel has been in communication with agency counsel, and expects to receive soon a litigation report and other information requested from the agency. The requested enlargement of time will permit defendant's counsel to obtain and review the requested information, and prepare a thorough response to plaintiff's complaint that will be of greatest benefit to the Court in resolving this case.

For the foregoing reasons, we respectfully request that the Court grant our motion for an enlargement of time of 35 days, to and including November 18, 2005, to serve and file our reply our response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor, 1100 L St. NW
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972

October 7, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 7th day of October, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John H. Williamson