IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DR. MICHAEL F. FEDERICO, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-888-MBH |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of John H. Williamson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

John H. Williamson
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

/s John H. Williamson

John H. Williamson
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Tele: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

October 7, 2005

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 7th day of October, 2005, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s John H. Williamson