# In the United States Court of Federal Claims

| | |
|---|---|
| **Dr. MICHAEL F. FEDERICO,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 05-888C**<br>**Filed: October 12, 2005** |

## O R D E R

The court is in receipt of the defendant's October 7, 2005, unopposed motion for an enlargement of time of thirty-five days, to and including November 18, 2005, within which to file its response to the plaintiff's complaint. As requested, the defendant's motion is **GRANTED**. Defendant shall file its response to the plaintiff's complaint on or before **Friday, November 18, 2005**. If, however, defendant contemplates filing a motion for summary judgment, defendant shall immediately notify chambers staff at (202) 357-6580, before filing the motion, and the court will schedule a conference to discuss the proposed filing.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**