# In the United States Court of Federal Claims

| | |
|---|---|
| **DR. MICHAEL F. FEDERICO,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 05-888C**<br>**Filed: November 22, 2005** |

## O R D E R

The court is in receipt of the defendant's November 18, 2005 motion to dismiss. The defendant's motion was not filed because the defendant failed to adhere to the Rules of the United States Court of Federal Claims (RCFC). Specifically, the plaintiff failed to adhere to RCFC 5.2(a)(1)(A) in that the table of contents does not include the specific contents of the defendant's appendix. Instead, the defendant placed the index to the appendix in the front of the appendix. Furthermore, pursuant to General Order No. 42, this case has been designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Accordingly, all documents in this case are to be filed electronically, except with leave of Court. The defendant filed its motion in the traditional manner. The Clerk of the Court, therefore, shall return the plaintiff's motion, unfiled. The court **ORDERS** the defendant to file a correct motion on or before **Monday, November 28, 2005**, in electronic form and in adherence with all of the court's rules.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**