# APPENDIX

**INDEX TO APPENDIX**

July 28, 2002 SF-50 . . . . . . . . . . 1

July 29, 2002 Appointment Affidavit . . . . . . . . . . 3

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

593 593

1. Name (Last, First, Middle): FEDERICO, MICHAEL F
2. Social Security Number: 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
3. Date of Birth: 04-08-48
4. Effective Date: 07-22-2002

**FIRST ACTION**

5-A. Code: 170
5-B. Nature of Action: EXCEPTED APPOINTMENT
5-C. Code: V8V
5-D. Legal Authority: 38 U.S.C. 7401(1)
5-E. Code:
5-F. Legal Authority:

**SECOND ACTION**

6-A. Code:
6-B. Nature of Action:
6-C. Code:
6-D. Legal Authority:
6-E. Code:
6-F. Legal Authority:

7. FROM: Position Title and Number

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

14. Name and Location of Position's Organization

15. TO: Position Title and Number
PODIATRIST
000000

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| VP | 0668 | SENIOR | 07 | $91,524 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $84,245 | $7,279 | $91,524 | $0 |

22. Name and Location of Position's Organization
VA MEDICAL CENTER
SURGICAL CARE LINE
LAS VEGAS NV

## EMPLOYEE DATA

23. Veterans Preference: 1 (1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%)
24. Tenure: 1 (0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite)
25. Agency Use:
26. Veterans Preference for RIF: YES [ ] NO [X]
27. FEGLI: C0 BASIC LIFE ONLY
28. Annuitant Indicator: 9 NOT APPLICABLE
29. Pay Rate Determinant: 0
30. Retirement Plan: K FERS & FICA
31. Service Comp. Date (Leave): 07-28-02
32. Work Schedule: F FULL-TIME
33. Part-Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 2 (1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career Reserved)
35. FLSA Category: E (E - Exempt; N - Nonexempt)
36. Appropriation Code: 8202.2198
37. Bargaining Unit Status: 7777
38. Duty Station Code: 32-0120-003
39. Duty Station (City - County - State or Overseas Location): LAS VEGAS NV

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

* BOARD ACTION APPROVED BY DIRECTOR ON 05-15-2002.

APPOINTMENT AFFIDAVIT EXECUTED 07-29-2002.

SALARY INCLUDES A LOCALITY-BASED PAYMENT OF 8.64%.

FROZEN SERVICE: NONE.

CREDITABLE MILITARY SERVICE:*NONE.

PREVIOUS RETIREMENT COVERAGE: NEVER COVERED.

EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS

REMARKS CONTINUED ON NEXT PAGE

1

46. Employing Department or Agency: DEPARTMENT OF VETERANS AFFAIRS
47. Agency Code: VA IA
48. Personnel Office ID: 4212
49. Approval Date: 07-28-2002
50. Signature/Authentication and Title of Approving Official: [signature] HUMAN RESOURCES OFFICER

50-316

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

593 593

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| FEDERICO, MICHAEL F | 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 | 04-08-48 | 07-28-2002 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code: 170 | 5-B. Nature of Action: EXCEPTED APPOINTMENT | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code: V8V | 5-D. Legal Authority: 38 U.S.C. 7401(1) | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

**7. FROM: Position Title and Number**

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

14. Name and Location of Position's Organization

**15. TO: Position Title and Number**
PODIATRIST
000000

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| VP | 0668 | SENIOR | 07 | $91,524 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $84,245 | $7,279 | $91,524 | $0 |

22. Name and Location of Position's Organization
VA MEDICAL CENTER
SURGICAL CARE LINE
LAS VEGAS NV

## EMPLOYEE DATA

23. Veterans Preference: 1 (1 – None; 2 – 5-Point; 3 – 10-Point/Disability; 4 – 10-Point/Compensable; 5 – 10-Point/Other; 6 – 10-Point/Compensable/30%)
24. Tenure: 1 (0 – None; 1 – Permanent; 2 – Conditional; 3 – Indefinite)
25. Agency Use
26. Veterans Preference for RIF: YES [ ] NO [X]
27. FEGLI: C0 BASIC LIFE ONLY
28. Annuitant Indicator: 9 NOT APPLICABLE
29. Pay Rate Determinant: 0
30. Retirement Plan: K FERS & FICA
31. Service Comp. Date (Leave): 07-28-02
32. Work Schedule: F FULL-TIME
33. Part-Time Hours Per Biweekly Pay Period

## POSITION DATA

34. Position Occupied: 2 (1 – Competitive Service; 2 – Excepted Service; 3 – SES General; 4 – SES Career Reserved)
35. FLSA Category: E (E – Exempt; N – Nonexempt)
36. Appropriation Code: 8202.2198
37. Bargaining Unit Status: 7777
38. Duty Station Code: 32-0120-003
39. Duty Station (City – County – State or Overseas Location): LAS VEGAS NV

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

REMARKS CONTINUED:

SUBJECT TO COMPLETION OF 2 YEAR PROBATIONARY PERIOD COMMENCING
*07-28-2002.

2

| Employing Department or Agency | | | 50. Signature/Authentication and Title of Approving Official |
|---|---|---|---|
| DEPARTMENT OF VETERANS AFFAIRS | | | |
| Agency Code: VA TA | 48. Personnel Office ID: 4212 | 49. Approval Date: 07-28-2002 | [signature] HUMAN RESOURCES OFFICER |

art 50-316

STANDARD FORM 61
Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-106

# APPOINTMENT AFFIDAVITS

Podiatrist (Position to which appointed) — 29 July 2002 (Date of appointment)

Dept. of Veterans Affairs (Department or agency) — Surgical Care Line (Bureau or Division) — Las Vegas, Nevada (Place of employment)

I, Michael F. Federico, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of appointee)

Subscribed and sworn (or affirmed) before me this 29th day of July, 2002,

at Las Vegas (City) Nevada (State)

[SEAL]

(Signature of officer)

Commission expires ____________
(If by a Notary Public, the date of expiration of his/her Commission should be shown)

Human Resources Assistant (Title)

NOTE.—*The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*