# In the United States Court of Federal Claims

| | |
|---|---|
| **DR. MICHAEL F. FEDERICO,** <br> **Plaintiff,** <br> **v.** <br> **UNITED STATES,** <br> **Defendant.** | **No. 05-888C** <br> **Filed: January 5, 2006** |

## O R D E R

The court is in receipt of the plaintiff's December 19, 2005 opposition to defendant's motion to dismiss. The plaintiff's opposition was not filed because the plaintiff failed to adhere to the Rules of the United States Court of Federal Claims (RCFC). Specifically, pursuant to General Order No. 42, this case has been designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Accordingly, all documents in this case are to be filed electronically, except with leave of Court. The plaintiff filed its opposition in the traditional manner. The Clerk of the Court, therefore, shall return the plaintiff's opposition, unfiled. The court **ORDERS** plaintiff's counsel to obtain a CM/ECF account and to file a correct opposition on or before **Friday, January 27, 2006**, in electronic form and in adherence with all of the court's rules.

The court is also in receipt of the defendant's reply to the plaintiff's opposition to defendant's motion to dismiss. Because the plaintiff's opposition was improperly filed, the Clerk of the Court shall **STRIKE** the defendant's reply from the docket. The defendant shall file its reply to plaintiff's opposition on or before **Friday, February 3, 2006**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**