# In the United States Court of Federal Claims

**No. 05-888 C**

**MICHAEL F. FEDERICO,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed April 4, 2006, granting defendant's motion to dismiss for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice.

Brian Bishop
Clerk of Court

**April 5, 2006** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.